# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

-FILED-

SEP 07 2018

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ASHLEY JONES | ) | Case No. 2:18 CR 63 |
| | ) | |
| Defendant | ) | |

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ASHLEY JONES**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846  CONSPIRACY TO OBTAIN POSSESSION OF A SCHEDULE "V" CONTROLLED SUBSTANCE THROUGH THE FRAUDULENT USE OF ANOTHER PERSON'S DEA REGISTRATION NUMBER
21:846  CONSPIRACY TO OBTAIN POSSESSION OF A SCHEDULE "V" CONTROLLED SUBSTANCE
21:843(a)(2)  THE FRAUDULENT USE OF ANOTHER PERSON'S DEA REGISTRATION NUMBER
21:843(a)(3)  FRAUDULENT ACQUISITION OF CONTROLLED SUBSTANCES
18:2  AIDING & ABETTING

Date: 06/21/2018

/s/ Robbert N Trgovich (kjp)
*Issuing officer's signature*

City and state: HAMMOND INDIANA

ROBERT N TRGOVICH CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 6-21-18, and the person was arrested on *(date)* 9-7-18
at *(city and state)* Hammond, IN

Date: 9-7-18

*Arresting officer's signature*

Derek Ruberts /DUSM
*Printed name and title*