# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

-FILED-

SEP 07 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

US MARSHALS SERVICE
JUN 21 2018

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| ASHLEY JONES | ) | Case No. | 2:18 CR 63 |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| _____ | ) | | |
| Defendant | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ASHLEY JONES                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21:846   CONSPIRACY TO OBTAIN POSSESSION OF A SCHEDULE "V" CONTROLLED SUBSTANCE THROUGH
            THE FRAUDULENT USE OF ANOTHER PERSON'S DEA REGISTRATION NUMBER
21:846   CONSPIRACY TO OBTAIN POSSESSION OF A SCHEDULE "V" CONTROLLED SUBSTANCE
21:843(a)(2)     THE FRAUDULENT USE OF ANOTHER PERSON'S DEA REGISTRATION NUMBER
21:843(a)(3)     FRAUDULENT ACQUISITION OF CONTROLLED SUBSTANCES
18:2               AIDING & ABETTING

Date:     06/21/2018                                                    /s/ Robbert N Trgovich (kjp)
_____                     _____
                                                                                    *Issuing officer's signature*

City and state:     HAMMOND INDIANA                             ROBERT N TRGOVICH CLERK
_____                     _____
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-21-18 , and the person was arrested on *(date)* 9.7.18
at *(city and state)* HammoND, IN .

Date:  9.7.18

_____
*Arresting officer's signature*

Derek Ruberts /DUSM
_____
*Printed name and title*